Misc. No. 12–8013/AF.  David J.A. Gutierrez, Petitioner, v. United States and the U.S. Air Force Court of Criminal Appeals, Respondents.  On consideration of the

petition for extraordinary relief in the nature of a writ of prohibition, said petition is denied.